United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

RAMAN D. PATEL, et al.,

12                    Plaintiffs,

13        v.

14   CITY OF SANTA ROSA, et al.,

15                    Defendants.

16   _____/

17

No. C-06-3267 MMC

**ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION; CONTINUING HEARING ON MOTION TO STAY; ORDERING PLAINTIFFS TO FAMILIARIZE THEMSELVES WITH REQUIREMENTS OF GENERAL ORDER 45**

18        On June 5, 2006, defendant City of Santa Rosa ("City") electronically filed a motion

19   to dismiss one cause of action, as well as a separate motion to stay the entire action

20   pending completion of proceedings in state court, and noticed both motions for hearing July

21   14, 2006.  Pursuant to Civil Local Rule 7-3(a), any opposition to the motions was required

22   to be filed no later than June 23, 2006.  Additionally, pursuant to General Order 45, any

23   opposition was required to be electronically filed.

24        No opposition to either motion was filed by June 23, 2006.  On June 26, 2006,

25   plaintiffs manually filed an untimely opposition to the motion to stay.  To date, no opposition

26   to the motion to dismiss, nor a statement of nonopposition, has been filed.

27        On June 30, 2006, the City electronically filed an objection to plaintiffs' opposition to

28   the motion to stay.  The City objects that the opposition was required to be electronically

     filed, that the City did not learn the opposition had been filed until June 30, 2006, and that

1    because defense counsel had previously arranged to take a brief vacation from June 30,

2    2006 through July 4, 2006, there was inadequate time to prepare a proper reply.  The City's

3    objections are well-taken.  Rather than strike the opposition, however, the Court will

4    continue the hearing on the motion to stay to afford the City additional time to file its reply.

5           Accordingly,

6           1.  As no opposition has been filed to the City's motion to dismiss, the motion to

7    dismiss is hereby taken under submission.

8           2.  The July 14, 2006 hearing on the motion to stay is hereby CONTINUED to

9    August 18, 2006.  The deadline for the City to file its reply is hereby CONTINUED to

10   July 14, 2006.

11          3. Plaintiffs are hereby ORDERED to familiarize themselves with the requirements of

12   General Order 45 forthwith, and to file all future documents in compliance therewith.

13          **IT IS SO ORDERED.**

14
     Dated: July 5, 2006                          MAXINE M. CHESNEY
15                                                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2