1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  P. O. Box 1678
   Santa Rosa, California 95402
4
   Telephone:  (707) 543-3040
5  Facsimile:   (707) 543-3055

6  Attorneys for Defendant
   City of Santa Rosa
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  RAMAN D. PATEL, individually and as trustee of the Raman D. And Jashu R. Patel | Case No. C 06 3267 MMC |
| 12  Family Trust, Raman D. And Jashu R. Patel Residual Trust and Raman D. And Jashu R. | **[PROPOSED]** ORDER |
| 13  Patel Survivor's Trust, and as General Partner of the JAS 4 RAY PROPERTIES, L.P.; RITA | |
| 14  PATEL; DAVID STAFFORD, individually and as guardian of BRIJESH R. DAJI; PRITA | Date:       July 14, 2006<br>Time:       9:00 a.m. |
| 15  PATEL; BRIAN BALES, | Place:      Courtroom 7<br>             450 Golden Gate Avenue |
| 16            Plaintiffs, | 19th Floor<br>             San Francisco, CA 94102 |
| 17       v. | Judge:      Honorable Maxine M.<br>             Chesney |
| 18  CITY OF SANTA ROSA, CITY OF SANTA ROSA POLICE DEPARTMENT; MAYOR | |
| 19  JANE BENDER, sued individually and in her official capacity; COUNCILMEMBER JANET | |
| 20  CONDRON, sued individually and in her official capacity; DETECTIVE THOMAS | |
| 21  PEIRSOL, sued individually and in his official capacity; DETECTIVE STEVE FRAGA, sued | |
| 22  individually and in his official capacity; CITY OF SANTA ROSA POLICE OFFICER GREG | |
| 23  YAEGER; CITY OF SANTA ROSA POLICE OFFICER PAUL HENRY; CITY OF SANTA | |
| 24  ROSA POLICE OFFICER ERIC GOLDSCHLAG; CITY OF SANTA ROSA | |
| 25  POLICE OFFICER DAVID P. GORMAN; CITY OF SANTA ROSA POLICE OFFICER | |
| 26  DAVID MARCONI; CITY OF SANTA ROSA POLICE OFFICER MICHAEL S. TOSTI; | |
| 27  CITY OF SANTA ROSA POLICE OFFICER DAVID LINSCOMB; CITY OF SANTA | |
| 28  ROSA POLICE OFFICER DAVID JONES; CITY OF SANTA ROSA POLICE OFFICER | |

[Proposed] Order                                       1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | MICHAEL CHAD HEISER; SANTA ROSA POLICE OFFICER CHRISTOPHER PARMAN; CITY OF SANTA ROSA POLICE OFFICER MARCUS R. SPRAGUE; CITY OF SANTA ROSA POLICE OFFICER DAVID ALBRITTON; CITY OF SANTA ROSA POLICE OFFICER MATTHEW TOMLIN; CITY OF SANTA ROSA POLICE OFFICER NOAH CADE; CITY OF SANTA ROSA POLICE OFFICER KOHUT sued as DOE 1 individually and in his official capacity; CITY OF SANTA ROSA POLICE OFFICER GARY NEGRI, sued as DOE 2 individually and in his official capacity; CITY OF SANTA ROSA POLICE OFFICER BARR, sued as DOE 3 individually and in his official capacity; DOES 4 THROUGH 10, INCLUSIVE,<br><br>        Defendants.<br>_____/ |

13  Based upon the ~~written submissions of the parties~~ unopposed motion of the City and good cause appearing, the Court

14  hereby GRANTS the City of Santa Rosa's Motion to Dismiss the plaintiffs' Fifth Claim for

15  Relief under F.R.C.P. 12(b)(6).  The plaintiffs have failed to plead sufficient facts for a RICO

16  violation under 18 U.S.C. § 1962 and § 1964( c), nor have they pled the requisite elements for a

17  violation of 18 U.S.C. § 1962(a)-(d).

18  The Fifth Claim for Relief is dismissed with prejudice.

19  IT IS SO ORDERED.

22  Dated: __July 7__, 2006          _____
                                     UNITED STATES DISTRICT JUDGE

[Proposed] Order                                                2