1 BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2 City of Santa Rosa
100 Santa Rosa Avenue, Room 8
3 P. O. Box 1678
Santa Rosa, California 95402
4
Telephone: (707) 543-3040
5 Facsimile: (707) 543-3055

6 Attorneys for Defendant
City of Santa Rosa
7

8

9                 UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 RAMAN D. PATEL, individually and as trustee of the Raman D. And Jashu R. Patel<br>12 Family Trust, Raman D. And Jashu R. Patel Residual Trust and Raman D. And Jashu R.<br>13 Patel Survivor's Trust, and as General Partner of the JAS 4 RAY PROPERTIES, L.P.; RITA<br>14 PATEL; DAVID STAFFORD, individually and as guardian of BRIJESH R. DAJI; PRITA<br>15 PATEL; BRIAN BALES, | Case No. C 06 3267 MMC<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| 16         Plaintiffs,<br>v.<br>17 | |
| 18 CITY OF SANTA ROSA, CITY OF SANTA ROSA POLICE DEPARTMENT; MAYOR JANE BENDER, sued individually and in her<br>19 official capacity; COUNCILMEMBER JANET CONDRON, sued individually and in her<br>20 official capacity; DETECTIVE THOMAS PEIRSOL, sued individually and in his official<br>21 capacity; DETECTIVE STEVE FRAGA, sued individually and in his official capacity; CITY<br>22 OF SANTA ROSA POLICE OFFICER GREG YAEGER; CITY OF SANTA ROSA POLICE<br>23 OFFICER PAUL HENRY; CITY OF SANTA ROSA POLICE OFFICER ERIC<br>24 GOLDSCHLAG; CITY OF SANTA ROSA POLICE OFFICER DAVID P. GORMAN;<br>25 CITY OF SANTA ROSA POLICE OFFICER DAVID MARCONI; CITY OF SANTA ROSA<br>26 POLICE OFFICER MICHAEL S. TOSTI; CITY OF SANTA ROSA POLICE OFFICER<br>27 DAVID LINSCOMB; CITY OF SANTA ROSA POLICE OFFICER DAVID JONES;<br>28 CITY OF SANTA ROSA POLICE OFFICER | |

Stipulation and [Proposed] Order                 1

| | |
|---|---|
| 1 | MICHAEL CHAD HEISER; SANTA ROSA POLICE OFFICER CHRISTOPHER |
| 2 | PARMAN; CITY OF SANTA ROSA POLICE OFFICER MARCUS R. SPRAGUE; CITY OF |
| 3 | SANTA ROSA POLICE OFFICER DAVID ALBRITTON; CITY OF SANTA ROSA |
| 4 | POLICE OFFICER MATTHEW TOMLIN; CITY OF SANTA ROSA POLICE OFFICER |
| 5 | NOAH CADE; CITY OF SANTA ROSA POLICE OFFICER KOHUT sued as DOE 1 |
| 6 | individually and in his official capacity; CITY OF SANTA ROSA POLICE OFFICER GARY |
| 7 | NEGRI, sued as DOE 2 individually and in his official capacity; CITY OF SANTA ROSA |
| 8 | POLICE OFFICER BARR, sued as DOE 3 individually and in his official capacity; DOES |
| 9 | 4 THROUGH 10, INCLUSIVE, |
| 10 | Defendants. |
| 11 | _____/ |

13   The plaintiffs, by and through their attorney, Frank A. Weiser, and defendant City of
14   Santa Rosa, by and through its attorney, Michael J. Casey, agree and stipulate that the Initial Case
15   Management Conference, currently scheduled for August 18, 2006, may be continued to Friday,
16   September 15, 2006, at 10:30 a.m.. The parties desire a continuance pending resolution of the
17   City's Motion to Stay and pending mediation in the underlying state court action that should take
18   place during the week of August 7, 2006. Counsel for the parties have been attempting to contact
19   each other for the past two weeks to discuss this stipulation, initial disclosures and ADR
20   requirements, but have been unsuccessful due to calendar conflicts and vacation. Counsel were
21   able to discuss this stipulation on the afternoon of Monday, July 31, 2006, and are submitting it
22   accordingly in the interests of judicial economy and efficiency.
23   IT IS HEREBY STIPULATED between the parties that the Initial Case Management
24   Conference shall be continued to Friday, **September 15, 2006, at 10:30 a.m.,** in Courtroom 7,
25   \\
26   \\
27   \\
28   \\

Stipulation and [Proposed] Order                2

Aug 01 2006 4:31PM  NEXTGEN#AERO                    3108913965                        p.3
Case 3:06-cv-03267-MMC   Document 20   Filed 08/03/06   Page 3 of 3
Received Fax :      Aug 01 2006 9:32AM     Fax Station :   NEXTGEN#AERO           p. 5

2006/AUG/01/TUE 09:38 AM    CITY OF S.R.-NRP          FAX No. 7075433458                P. 005

1  19th Floor, of the United States District Court for the Northern District of California. All other
2  deadlines set forth in the court's Order Setting the Initial Case Management Conference shall be
3  continued accordingly.
4
5
6  Dated: August ___, 2006
   FRANK A. WEISER
   Attorney for Plaintiffs
7
8
9  Dated: August ___, 2006
10  MICHAEL J. CASEY
    Assistant City Attorney
    Attorney for defendant City of Santa Rosa
11
12
13      PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the
14  the Case Management Conference is continued to October 13, 2006.
15  Dated: August 3, 2006
    HONORABLE MAXINE M. CHESNEY,
16  United States District Judge
    Northern District of California
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order                    3