1 | BRIEN J. FARRELL, City Attorney (SBN 088318)
MICHAEL J. CASEY, Assistant City Attorney (SBN 095730)
2 | City of Santa Rosa
100 Santa Rosa Avenue, Room 8
3 | P. O. Box 1678
Santa Rosa, California 95402
4 |
Telephone:  (707) 543-3040
5 | Facsimile:   (707) 543-3055
6 | Attorneys for Defendant
City of Santa Rosa
7 |
8 |
9 |                    UNITED STATES DISTRICT COURT
10 |                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMAN D. PATEL, individually and as trustee of the Raman D. And Jashu R. Patel Family Trust, Raman D. And Jashu R. Patel Residual Trust and Raman D. And Jashu R. Patel Survivor's Trust, and as General Partner of the JAS 4 RAY PROPERTIES, L.P.; RITA PATEL; DAVID STAFFORD, individually and as guardian of BRIJESH R. DAJI; PRITA PATEL; BRIAN BALES,<br><br>            Plaintiffs,<br>v.<br><br>CITY OF SANTA ROSA, CITY OF SANTA ROSA POLICE DEPARTMENT; MAYOR JANE BENDER, sued individually and in her official capacity; COUNCILMEMBER JANET CONDRON, sued individually and in her official capacity; DETECTIVE THOMAS PEIRSOL, sued individually and in his official capacity; DETECTIVE STEVE FRAGA, sued individually and in his official capacity; CITY OF SANTA ROSA POLICE OFFICER GREG YAEGER; CITY OF SANTA ROSA POLICE OFFICER PAUL HENRY; CITY OF SANTA ROSA POLICE OFFICER ERIC GOLDSCHLAG; CITY OF SANTA ROSA POLICE OFFICER DAVID P. GORMAN; CITY OF SANTA ROSA POLICE OFFICER DAVID MARCONI; CITY OF SANTA ROSA POLICE OFFICER MICHAEL S. TOSTI; CITY OF SANTA ROSA POLICE OFFICER DAVID LINSCOMB; CITY OF SANTA ROSA POLICE OFFICER DAVID JONES; CITY OF SANTA ROSA POLICE OFFICER | Case No. C 06 3267 MMC<br><br>**[PROPOSED]** ORDER GRANTING MOTION TO STAY; ADMINISTRATIVELY CLOSING ACTION<br><br>**Date:**     July 14, 2006<br>**Time:**     9:00 a.m.<br>**Place:**    Courtroom 7<br>               450 Golden Gate Avenue<br>               19th Floor<br>               San Francisco, CA 94102<br>**Judge:**    Honorable Maxine M. Chesney |

[Proposed] Order                                                                 1

| | |
|---|---|
| 1 | MICHAEL CHAD HEISER; SANTA ROSA POLICE OFFICER CHRISTOPHER |
| 2 | PARMAN; CITY OF SANTA ROSA POLICE OFFICER MARCUS R. SPRAGUE; CITY OF |
| 3 | SANTA ROSA POLICE OFFICER DAVID ALBRITTON; CITY OF SANTA ROSA |
| 4 | POLICE OFFICER MATTHEW TOMLIN; CITY OF SANTA ROSA POLICE OFFICER |
| 5 | NOAH CADE; CITY OF SANTA ROSA POLICE OFFICER KOHUT sued as DOE 1 |
| 6 | individually and in his official capacity; CITY OF SANTA ROSA POLICE OFFICER GARY |
| 7 | NEGRI, sued as DOE 2 individually and in his official capacity; CITY OF SANTA ROSA |
| 8 | POLICE OFFICER BARR, sued as DOE 3 individually and in his official capacity; DOES |
| 9 | 4 THROUGH 10, INCLUSIVE, |
| 10 | Defendants. |
| 11 | _____/ |

13   The doctrine of *Younger* abstention precludes this Court from hearing federal actions that interfere with ~~seeking relief against~~ state civil proceedings if the state proceeding: 1) is pending when the federal action is filed; 2) is a judicial proceeding that implicates important state interests; and 3) affords the federal plaintiffs an adequate opportunity to present their federal claims.  See *Gilbertson v. Albright* (9th Cir. 2004) 381 F.3d 965, 975, 977-978 (en banc).

As all three factors are present in the instant action, the Court hereby GRANTS the City of Santa Rosa's request to stay this action until the state court civil abatement proceedings have been completed.  The action is hereby administratively CLOSED, but may be reopened if ~~IT IS SO ORDERED.~~  plaintiffs file a request to reopen the action within thirty days after the exhaustion of all appellate remedies in the state court civil abatement proceedings.  See Huffman v. Pursue, Ltd., 420 U.S. 592, 608 (1975) (holding Younger abstention remains in effect until appellate remedies are exhausted).

IT IS SO ORDERED.
Dated: __August 14__, 2006

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order                                    2